

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>NAMIR GREENE<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:23-MJ-01849<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Thursday__, __April 20, 2023__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Autumn D. Spaeth__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*


Dated: __04/18/2023__         __/s/ Autumn D. Spaeth__
                              U.S. Magistrate Judge

---